| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** E-Filing FILED CR 20 07 | | 04-CR-1790-001-WQH |
| | | **DOCKET NUMBER (Rec. Court)** 0474 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Megan Elizabeth McMurtry<br>200 Esta Ave.<br>Crescent City, CA 95531 | Northern California | San Diego  PJH |
| | **NAME OF SENTENCING JUDGE**<br>William Q. Hayes | |
| | **DATES OF SUPERVISED RELEASE** | **FROM** 07/21/2005   **TO** 07/20/2008 |

**OFFENSE**

8 U.S.C. § 1324(a)(1)(A)(ii) and (v)(II), Transportation of Illegal Aliens and Aiding and Abetting

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/1/07
Date

William Q. Hayes
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

July 19, 2007
Effective Date

United States District Judge

jkw/jkw