# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

FILED
APR 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Petition for Arrest Warrant for Offender Under Supervision**

Name of Offender:        Megan Elizabeth McMurtry    Docket No.: CR 07-00474-01PJH

Name of Sentencing Judge:   William Q. Hayes
                            United States District Judge

Date of Original Sentence:  October 22, 2004

Original Offense:  Transportation of Illegal Aliens and Aiding and Abetting, 8 U.S.C. § 1324(a)(1)(ii) and (v)(II), a Class D felony

Original Sentence: 15 months custody; three years supervised release
Special Conditions: Special assessment $100; drug treatment; mental health treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; report all vehicles; not enter or reside in the Republic of Mexico.

Jurisdiction of this case was transferred to the Northern District of California on July 19, 2007.

Prior Form(s) 12:  On July 6, 2005, prior to Ms. Mc Murtry's release from custody, the conditions of supervision were modified to include the special condition that she reside in a Community Corrections Center for up to 120 days, as directed by the probation officer.

On November 23, 2005, the court took judicial notice of Ms. McMurtry's failure to submit urine samples and her absconding from the Community Corrections Center.

On March 3, 2006, the court took judicial notice of Ms. McMurtry's abuse of methamphetamine, her failure to submit urine samples, and her failure to attend counseling as directed. At that time, Ms. McMurtry was placed in a residential drug treatment program.

Type of Supervision: Supervised Release        Date Supervision Commenced: July 21, 2005
Assistant U.S. Attorney: Not assigned          Defense Counsel: Not appointed

**Petitioning the Court**

The issuance of a no bail warrant for the offender's arrest.

I, Sharon K. Alberts, a Probation Officer employed in the United States District Court for the

NDC-SUPV-FORM 12C(2) 03/23/05

Megan Elizabeth McMurtry                                               Page 2
CR 07-00474-01

Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the special condition that she participate in a program of drug/alcohol treatment as directed by the probation officer. |

    Ms. Mc Murtry failed to participate in treatment as directed on the following dates: February 21, 2008; March 13, 2008; March 18, 2008 and April 1, 2008.

    This is evidenced by my testimony of a phone conversation I had with Michele Rose, substance abuse specialist at County of Del Norte, Department of Health and Human Services, Alcohol and Other Drug Programs. On March 19, 2008, Ms. Rose advised that Ms. McMurtry had unexcused absences from group counseling sessions on the following dates: February 21, 2008; March 13, 2008; and March 18, 2008. This is further evidenced by my testimony of a phone conversation I had with Michele Rose on April 1, 2008. Ms. Rose indicated Ms. McMurtry did not attend her group counseling session earlier in the day on April 1, 2008, and has not attended any group counseling sessions since our last conversation on March 19, 2008.

NDC-SUPV-FORM 12C(2) 03/23/05

Megan Elizabeth McMurtry                                                                   Page 3
CR 07-00474-01

Two             There is probable cause to believe that the offender violated standard
                condition number seven that she refrain from excessive use of alcohol and
                shall not purchase, possess, use, distribute, or administer any controlled
                substance or any paraphernalia related to any controlled substances, except
                as prescribed by a physician.

                Ms. McMurtry tested positive for amphetamine/methamphetamine on
                March 20, 2008 and March 24, 2008.

                This is evidenced by an Instant Technologies Inc. drug screen result
                form dated March 20, 2008, signed by Ms. McMurtry indicating the
                urine test she submitted at Humboldt Addictions Service Program
                (HASP) on March 20, 2008, was positive for amphetamine and
                methamphetamine. This is also evidenced by a Redwood Toxicology
                Laboratory test result indicating the urine test collected by Del Norte
                County Department of Health and Human Services (Child Protection
                Division) on March 20, 2008, was positive for methamphetamine.
                The positive test for methamphetamine, (which was also collected by
                Del Norte County Department of Health and Human Services Child
                Protection Division) on March 24, 2008, is evidenced by hair follicle
                analysis results from Psychemedics Corporation.

Address of offender:        249 F Street #A44
                            Eureka, CA.

Based on the foregoing, there is probable cause to believe that Megan Elizabeth McMurtry violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

*Sharon K. Alberts* (signature)

Sharon K. Alberts
U.S. Probation Officer
Date Signed: April 2, 2008

Approved as to form:

*Robert E. Tenney* (signature)

Robert E. Tenney
Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a no bail warrant.
☐ Other:

4-3-08
Date

*signature*

The Honorable Phyllis J. Hamilton
United States District Judge

NDC-SUPV-FORM 12C(2) 03/23/05

TOTAL P.05