1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0474 PJH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) ) | [PROPOSED] ORDER ON SUPERVISED RELEASE VIOLATION AND TO U.S. MARSHALS TO PREPARE PRISONER FOR RELEASE AT COURT APPEARANCE ON APRIL 17, 2008 |
| MEGAN ELIZABETH MCMURTRY, | ) ) | |
| Defendant. | ) ) | |

The parties appeared before the Court on this matter on Wednesday, April 16, 2008, at 1:30 p.m., for a hearing on a supervised release violation. At that time, the defendant admitted to the violations contained in the Form 12, and the parties and the U.S. Probation officer recommended that the Court impose a sentence of 11 days custody with credit for time served, and one-year of supervised release that includes six-months in a halfway house. The parties also requested that the defendant be "rolled up" for an appearance before the Magistrate Judge on April 17, 2008, at 9:30 a.m., where she can be released and transported to the Cornell Corrections Residential Reentry Center in San Francisco.

IT IS HEREBY ORDERED that the defendant is sentenced to 11 days custody, with credit for time served, and one-year of supervised release that includes six-months in a halfway house. The defendant will immediately report to Cornell Corrections Residential Reentry Center in San

ORDER
CR 07-0474 PJH

1  Francisco until suitable transportation can be arranged for her to go to Crescent City, California,
2  at which time she shall reside for a period of at least six months, to commence immediately upon
3  arrival in Crescent City, at Humboldt Addiction Services Program (HASP) clean and sober
4  housing facility and shall observe the rules of that facility.
5      Because she will be transported directly from the Magistrate Court calendar to Cornell
6  Corrections, the Court directs the United States Marshal to bring defendant's personal
7  belongings to the hearing (also known as "rolling her up") so that she can be released directly
8  from the court hearing.

10 IT IS SO ORDERED

13 DATED:_____                    _____
                                          THE HON. PHYLLIS J. HAMILTON
                                          United States District Court Judge

ORDER
CR 07-0474 PJH                         2