UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** April 16, 2008                                                **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0474 PJH

**Case Name:**   UNITED STATES   v.   MEGAN ELIZABETH MCMURTRY(c)

**Attorney for Plaintiff:**    Derek Owens
**Attorney for Defendant:**   Geoff Hansen

**Deputy Clerk:**  Nichole Heuerman                    **Court Reporter**: Joan Columbini

**Probation Officer**: Sharon Alberts

### PROCEEDINGS

Supervised Release Violation Hearing-Held.  The defendant waives her right to a formal hearing.  The defendant admits to violations one and two in the form 12.  Supervised release is revoked and reinstated.  The defendant is sentenced to 11 days custody with credit for time served; 1 year supervised release with the following special condition 1) defendant shall reside for not less than 6 months in community confinement commencing tomorrow 4/17/08.  The U.S. Marshal shall bring defendant back to the courthouse tomorrow 4/17/08 to be released into a local halfway house until arrangement can be made for defendant to transported to Humboldt Addictions Services Program at the direction of Probation as stated on the record.  The defendant shall continue with same terms and condition of supervised release previously imposed by the court.

**cc:** chambers