UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 10, 2008                **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0474 PJH

**Case Name:**    UNITED STATES   v.  MEGAN ELIZABETH MCMURTRY (CUSTODY)

**Attorney for Plaintiff:**    Tarek Helou for Derek Owens
**Attorney for Defendant:**   Geoffrey Hansen

**Deputy Clerk:** Lashanda Scott            **Court Reporter**: Kathy Sullivan
**Interpreter:**                            **Probation Officer**: David Ackerman for Sharon Alberts

**PROCEEDINGS**
**Hearing re: Supervised Release Violation - Matter Held.**

Defendant waives her right to a formal hearing. Defendant admits to violations of one and two in the Probation Form 12. The defendant is sentenced to 90 days custody with the Bureau of Prisons. Upon release from the Bureau of Prison, supervised release will be terminated. Defendant remanded to Marshal custody.

**cc:**    Chambers, Nichole