UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MEGAN ELIZABETH MCMURTRY, <br> Defendant, | No. CR 07-0474 PJH <br><br> ORDER ON SUPERVISED RELEASE VIOLATION |

The parties appeared before the Court on this matter on Wednesday, September 10, 2008 at 1:30 p.m., for a hearing on a supervised release violation. The defendant admitted the violations in the Form 12, and the parties and the U.S. Probation Officer recommended that the Court impose a sentence of 90 days custody with the Bureau of Prisons. The parties further requested that the term of supervised release be terminated upon release from the Bureau of Prisons.

IT IS HEREBY ORDERED that the defendant is committed to the Bureau of Prison for a term of 90 days. Upon release from the Bureau of Prisons, the term of supervised release shall be terminated.

IT IS SO ORDERED

DATED: 9/11/08

PHYLLIS J. HAMILTON
United States District Judge